UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2007 JAN -8 AM 9: 21

BY _____
DEPUTY CLERK

| | |
|---|---|
| JOHN THIBAULT, TAMMY SALTUS, PHENIX MUTUAL FIRE INSURANCE COMPANY and THE STANDARD FIRE INSURANCE COMPANY, <br><br>Plaintiffs <br><br>v. <br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation, and AMERICAN HOUSEHOLD, INC., a Delaware Corporation, <br><br>Defendants | Case No. <u>1:06-cv-36</u> |

## DISCOVERY CERTIFICATE

I, Barney L. Brannen, attorney for the Defendants, certify that on December 8, 2006 I served *Expert Report of John Loud, MSEE, PE, Principal Engineer, and Erik Christiansen, Ph.D., PE, Senior Engineer* and *Expert Report of Louis H. Gahagan* on all counsel of record by causing a copy of the same to be emailed to the following:

Gregory S. Clayton
Aten Clayton & Eaton PLLC
P.O. Box 349
Littleton NH 03561-0349
gclayton@acetrial.com

George McLaughlin
McDermott, Hansen & McLaughlin
1890 Gaylord Street
Denver CO 80206
gmclaughlin@mhmlawfirm.com

Dated: January 5, 2007

_____
Barney L. Brannen

BRANNEN, DUNN AND STEWART, PLLC
Hanover Road Professional Center
367 Route 120, Suite B-2
Lebanon, NH 03766
Phone 603.643.9200
Fax 603.643.9250