NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

**JOHN THIBAULT et al**

   vs.                                              **1:06-CV-36**

**SUNBEAM PRODUCTS, INC.,**
**AMERICAN HOUSEHOLD, INC.**

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m., on Tuesday, July 31, 2007, at Brattleboro, Vermont, before Honorable J. Garvan Murtha, United States District Judge, for a L.R. 16.1 Pretrial Conference.

**Room No.  Main Courtroom**

                                                  **RICHARD PAUL WASKO, Clerk**

                                                  **By   /s/Lisa Wright ,**
                                                          **Deputy Clerk**
                                                          **07/02/2007**

**TO:**

**George McLaughlin, Esq.**
**Gregory Clayton, Esq.**

**Barney Brannen, Esq.**
**George David, Esq.**
**Stephen Moffett, Esq.**
**Thomas Vitu, Esq.**

**Anne Coughlin, Court Reporter**